**Order entered June 11, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00502-CV

### TARGET CORPORATION, Appellant

### V.

### JOHN KO, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-04853**

## ORDER

Appellant filed its notice of appeal on April 24, 2014 of an interlocutory order. The clerk's record was filed on May 14, 2014. On May 19, 2014, the trial court signed an amended order denying appellant's motion for summary judgment *and* granting permission to appeal the interlocutory amended order. Appellant filed an amended notice of appeal and petition for appeal on June 2, 2014. On June 4, 2014, the clerk's office of this Court inadvertently sent appellant notice that its brief was past due. In response, appellant tendered its brief and filed a motion for an extension of time to file its brief on June 10, 2014.

Appellant's brief is not yet due because this Court has not yet ruled on its petition for appeal. *See* TEX. R. APP. P. 28.3. Nevertheless, we **GRANT** appellant's motion for an extension

of time to file a brief. We **ORDER** the brief tendered to this Court by appellant on June 10, 2014 filed as of the date of this order.

Any response to appellant's petition for review is due by **June 12, 2014**. *See* TEX. R. APP. P. 28.3(f). Appellee's brief on the merits will be due twenty days after any order of this Court granting appellant's petition for review.

/s/  ADA BROWN
    JUSTICE